In the Matter of the Estate of JULIA R. SMALL, Deceased. JAMES GIBB, as Executor of JULIA R. SMALL, Deceased, et al., Appellants; B. OTTO JACOBSEN, as Ancillary Executor of JULIA R. SMALL, Deceased, Respondent.—

The charges presented, to which no answer has

been made, are of such a serious nature as to warrant the Surrogate in making inquiry and determination of his own volition. The domiciliary executor may participate in such proceeding as a matter of comity. (*Kirkbride* v. *Van Note,* 275 N. Y. 244, 250.) Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.